THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0092-JCC |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL ANDREW WOOD, | |
| Defendant. | |

This matter comes before the Court on Defense Counsel's unopposed motion to withdraw and for the appointment of new counsel (Dkt. No. 516). Counsel, who was only recently appointed, represents that he recently discovered a conflict based on his role as local counsel in a separate but related case. (*Id*. at 2.) As a result, counsel must withdraw from his representation in this matter. (*Id*.) Finding good cause, the Court GRANTS Defense Counsel's motion to withdraw (Dkt. No. 516) and ORDERS the office of the Federal Public Defender to appoint replacement counsel for Mr. Wood.

DATED this 28th day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0092-JCC
PAGE - 1