THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR20-0092-JCC-14 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL ANDREW WOOD | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for compassionate release (Dkt. No. 1167). In light of the Government's representation regarding the Bureau of Prisons' consideration of Defendant's transfer to a medical facility, (*see* Dkt. No. 1179 at 9), the Court STAYS consideration of Defendant's motion for 90 days. The parties are DIRECTED to file supplemental briefs addressing this issue as follows: the Government shall file its brief not to exceed five (5) pages on July 3, 2024. Defendant may file a response not to exceed five (5) pages by July 12, 2024. The Clerk is DIRECTED to renote Defendant's motion (Dkt. No. 1167) to July 12, 2024.

//

//

DATED this 4th day of April 2024.

Ravi Subramanian<br>
Clerk of Court

s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER
C20-0092-JCC-14
PAGE - 2