THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>MICHAEL ANDREW WOOD,<br><br>                Defendant. | CASE NO. CR20-0092-JCC-14<br><br>ORDER |

This matter comes before the Court on Defendant's motion for the appointment of counsel (Dkt No. 1193), which the Court GRANTS for the reasons explained herein.

The Court described the procedural history of this case in a prior order regarding compassionate release. (*See* Dkt. No. 1126.) It will not repeat that history here. Defendant now moves for the appointment of counsel. (Dkt. No. 1111.) This is to assist in a renewed request for compassionate release. (*See* Dkt. No. 1167). There is no requirement that counsel be appointed in this matter. *See U.S. v. Townsend*, 98 F.3d 510, 512 (9th Cir. 1996). Nevertheless, the Court referred Defendant's motion (Dkt. No. 1193) to the office of the Federal Public Defender ("FPD") in accordance with General Order 3-19. And the FPD recommends that counsel be appointed. In addition, the Court notes that the Government has not lodged a timely brief in opposition to Defendant's request.

For this reason, the Court GRANTS Defendant's motion (Dkt. No. 1193). Defense

counsel, once appointed, shall meet and confer with the Government within seven days. Collectively they shall propose a briefing schedule for Defendant's motion for compassionate release (Dkt. No. 1167) and related requests within seven days after conferring. To note – this appointment is solely for purposes of seeking Defendant's compassionate release (and related requests).

So ORDERED this 26th day of April 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE