THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ANDREW WOOD,<br><br>　　　　　　　　　　Defendant. | Case No.  C20-0092-14-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT PROPOSED BRIEFING SCHEDULE |

On May 13, 2024, the Defendant filed a Joint Proposed Briefing Schedule, as requested in the April 26, 2024, Order granting Defendant's Motion to Appoint Counsel. Dkt. 1197. This court hereby accepts the Proposed Briefing Schedule and ORDERS the following:

1. Defendant shall file a supplemental initial brief on or before June 10, 2024, not to exceed five (5) pages.

2. Plaintiff shall file a supplemental brief not to exceed five (5) pages on or before July 3, 2024, specifically regarding the Bureau of Prisons' consideration of Defendant's transfer to a medical facility.

[~~PROPOSED~~] Order Granting Joint
Proposed Briefing Schedule - 1

3. Defendant may file a response not to exceed five (5) pages on or before July 12, 2024, pursuant to this Court's Minute Order from 4/4/2024.

Presented by:

GORDON & SAUNDERS, PLLC

*s/ Jason Saunders*_____
JASON B. SAUNDERS, WSBA #24963
Attorney for Michael Wood

Dated this 14th day of May, 2024.

_____
JOHN C. COUGHENOUR

[~~PROPOSED~~] Order Granting Joint
Proposed Briefing Schedule - 2

CERTIFICATE OF SERVICE

I hereby certify that on May 13th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve one copy of the foregoing document on opposing counsel via email, and mailed a true and correct copy of the foregoing to:

Michael Wood, Reg. No. 32370-086
USP Victorville
U.S. Penitentiary
P.O. Box 3900
Adelanto, CA 92301

via First Class mail.

                         *s/Ellen Goncher*
                         Ellen Goncher, Legal Assistant
                         Law Offices of Gordon & Saunders, PLLC
                         1000 Second Ave, Ste 3140 Seattle, WA 98104
                         (206) 682-3222; fax: (206) 267-0349
                         E-mail: ellen@gordonsaunderslaw.com

[~~PROPOSED~~] Order Granting Joint
Proposed Briefing Schedule - 3