THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ANDREW WOOD <br><br> Defendant. | CASE NO. CR20-0092-JCC-14 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In light of the appointment of counsel in this matter, the Court LIFTS the stay for purposes of Defendant's motion for compassionate release (Dkt. No. 1167) and sets the following briefing schedule:

- Plaintiff's supplement       filed June 10, 2024
- Government's response    due June 21, 2024
- Plaintiff's reply                  due June 28, 2024

The Clerk is DIRECTED to renote Plaintiff's motion (Dkt. No. 1167) for the Court's consideration to June 28, 2024.

//

//

MINUTE ORDER
C20-0092-JCC-14
PAGE - 1

DATED this 12th day of June 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C20-0092-JCC-14
PAGE - 2