PROB 12C-SUM
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

**Name:** Michael Andrew Wood  **Case Number:** 2:20CR00092-JCC-14
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 07/28/2015  **Date of Report:** 03/17/2025
**Original Offense:** Conspiracy to Distribute Methamphetamine
**Original Sentence:** 72 months' imprisonment; 4 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 07/10/2024
**Date Supervision Expires:** 09/09/2028
**Assistant United States Attorney:** Amy Jacquette  **Defense Attorney:** Andrew Kennedy

**Special Conditions Imposed:**

☒ Substance Abuse  ☒ Financial Disclosure  ☐ Restitution:
☐ Mental Health  ☐ Fine  ☐ Community Service
☒ Other: Submit to urine testing, no alcohol use, submit to search

## PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

I allege Michael Andrew Wood has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming alcohol on multiple dates, in violation of a special condition of supervised release<br>• January 9, 2025<br>• January 13, 2025 |
| 2. | Consuming fentanyl on February 19, 2025, in violation of a special condition of supervised release |
| 3. | Failing to submit to random urinalysis testing on multiple dates, in violation of a special condition of supervised release:<br>• October 21, 2024<br>• November 20, 2024<br>• December 5, 2024<br>• February 13, 2025 |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

The Honorable John C. Coughenour, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  March 17, 2025

☐ Detention pending final adjudication due to
    ☐ risk of flight.
    ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 17th day of March, 2025.

BY:

*[signature]*

Leo Castillo Jr.
United States Probation Officer

*[signature]*

Patrick E. Robertson
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)

☒ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)

☐ Other

*[signature]*

Signature of Judicial Officer

3/17/2025
Date